IN THE UNITED STATES DISTRICT COURT FOR **FILED**

THE WESTERN DISTRICT OF OKLAHOMA                    MAR – 7 2013

DENNIS LANCASTER,                          )

          Plaintiff,                       )

vs.                                        )            No. CIV-11-1208-W

U.P. EXPRESS, INC. et al.,                 )

          Defendants.                      )

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

## ORDER

Upon review of the Notice of Permanent Injunction and Stay of Proceedings [Doc. 33] filed on December 7, 2012, by defendants U.P. Express, Inc. and Harvinder Singh Binning, the Court on December 10, 2012, stayed this matter and by agreement of the parties, directed the Clerk of the Court to administratively terminate this matter in his records until further order of the Court. See Doc. 34. The Court also directed the parties to advise the Court when the stay and administrative closure should be vacated so that a status conference may be set and new deadlines and trial date be established. See id.

The matter now comes before the Court on the defendants' Motion to Vacate Stay and Set Status Conference. The defendants have advised the Court that the stay imposed by the 53rd Judicial District of Texas on all legal proceedings involving the defendants' insurer, Gramercy Insurance Company, see Doc. 33-1, was automatically lifted on March 4, 2013.

Accordingly, the Court

(1) GRANTS the defendants' Motion to Vacate Stay and Set Status Conference [Doc. 35] filed on March 6, 2013;

(2) VACATES the stay imposed in this matter on December 10, 2012, <u>see</u> Doc. 34;

(3) DIRECTS the Clerk of the Court to reopen this matter in his records; and

(4) ADVISES the parties that this matter will be set for status conference and that

they will be informed of the date and time of the conference by published docket.

ENTERED this _7th_ day of March, 2013.

LEE R. WEST
UNITED STATES DISTRICT JUDGE